**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CONNIE WILLIAMS, | ) | 2:08-cv-01344-LRH-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF LAS VEGAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION TO CONTINUE TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, above named, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and Defendant CITY OF LAS VEGAS, by and through its undersigned counsel, BRAD JERBIC, CITY ATTORNEY through PHILIP M. BYRNES, Deputy City Attorney, that the time to file the Plaintiff's opposition to the Defendant's motion for summary judgment, which is currently due by October 15, 2009, shall be extended to October 29, 2009.   This is the first request for an extension of time to file the opposition.

  /s/  
KIRK T. KENNEDY, ESQ.  
Nevada Bar No: 5032  
815 S. Casino Center Blvd.  
Las Vegas, NV 89102  
(702) 385-5534  
Attorney for Plaintiff  
Dated: 10/14/09  

  /s/  
PHILIP BYRNES  
Deputy City Attorney  
400 E. Stewart Ave., 9th Fl.  
Las Vegas, NV 89101  
(702) 229-6629  
Attorney for Defendant  
Dated: 10/14/09

1
2  **ORDER**
3    IT IS SO ORDERED.
4   DATED this 15th day of October, 2009.
5
6  
   _____
7   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE