1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE WILLIAMS, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a Nevada municipality; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>  Defendants. | CASE NO. 2:08-cv-01344-LRH-GWF |

**STIPULATION AND ORDER TO EXTEND DEFENDANTS'**
**TIME FOR FILING REPLY TO PLAINTIFF'S OPPOSITION**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that the time for filing the City's Reply to Plaintiff's Opposition to City's Motion for

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

Summary Judgment be extended from November 12, 2009, to November 30, 2009.

DATED this **13th** day of November, 2009.

| | |
|---|---|
| BRADFORD R. JERBIC<br>City Attorney | KIRK T. KENNEDY, ESQ. |
| By: /s/ Philip R. Byrnes<br>PHILIP R. BYRNES<br>Deputy City Attorney<br>Nevada Bar No. 166<br>400 Stewart Avenue, Ninth Floor<br>Las Vegas, NV 89101<br>Attorneys for CITY OF LAS VEGAS | By: /s/ Kirk T. Kennedy, Esq.<br>Nevada Bar No. 5032<br>815 South Casino Center Boulevard<br>Las Vegas, NV 89101<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_[signature]_

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2009